UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS ANDRADE,<br><br>        Plaintiff,<br><br>    v.<br><br>FCA US LLC,<br><br>        Defendant. | Case No. 1:24-cv-01155-KES-CDB<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>(Doc. 13) |

On April 1, 2025, the parties filed a proposed stipulated protective order. (Doc. 13). The undersigned is authorized to enter a protective order (Local Rule 302(1)) provided it complies with Local Rule 141.1. Here, the Court has reviewed the proposed stipulated protective order and concludes that it is in compliance with Local Rule 141.1.

Accordingly, IT IS HEREBY ORDERED that the parties' request for approval of the proposed stipulated protective order (Doc. 13) is GRANTED.

IT IS SO ORDERED.

Dated: __**April 2, 2025**__   _____
                                                   UNITED STATES MAGISTRATE JUDGE