UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS ANDRADE<br>Plaintiff,<br>v.<br>FCA US LLC<br>Defendant. | Case No. 1:24-cv-1155-KES-CDB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 07/10/2026.

July 10, 2026

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez,
Deputy Clerk